IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kelly, LaShone

Printed: 10/23/07

Case Number: 07 B 05339
Judge: Hollis, Pamela S
Filed: 3/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 27, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 861.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 861.00 |
| Totals: | 861.00 | 861.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 17,317.00 | 0.00 |
| 4. | HomEq Servicing Corp | Unsecured | 0.00 | 0.00 |
| 5. | Jefferson Capital | Unsecured | 7,458.37 | 0.00 |
| 6. | Paragon Way Inc | Unsecured | 0.00 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 3,029.42 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 1,683.48 | 0.00 |
| 9. | Nelnet | Unsecured | 6,099.00 | 0.00 |
| 10. | Credit One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 35,587.27 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Kelly, LaShone

Printed: 10/23/07

Case Number: 07 B 05339
Judge: Hollis, Pamela S
Filed: 3/26/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_